HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

LAWRENCE RANDALL,

    Petitioner,

v.

MAGGIE MILLER-STOUT,

    Respondent.

Case No. C06-5545RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Petitioner's Notice of Appeal and Request for a Certificate of Appealability [Dkt. #19].

Having considered the entirety of the records and file herein, the Court finds and rules as follows:

For the reasons set forth in the Report and Recommendation [Dkt. #14], this Court declines to issue a Certificate of Appealability because petitioner has failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. §2253(c)(2).

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 26th day of February, 2007.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1